TRISTAN F. RIVERA, ESQ.
Nevada Bar No. 12481
RIVERA LAW GROUP
560 Mill St., Suite 202
Reno, Nevada 89502
Telephone: (775) 440-0609
Facsimile: (775) 375-2932
Email: tfr@tristanriveralaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIKA CALDERON ARIAS an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMANUEL ROMERO an Individual; DOES 1 through 100; NU IMAGE TRANSPORT LLC a Foreign Limited Liability Company; DOES 1 through 100;<br><br>Defendants. | CASE NO.: 2:25-CV-01301-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (First Request)** |

Plaintiff, ERIKA CALDERON ARIAS (Plaintiff), by and through her counsel of record, RIVERA LAW GROUP PROF. LLC, and Defendants EMANUEL ROMERO and NU IMAGE TRANSPORT LLC ("Defendants"), by and through their counsel of record, STONE KALFUS LLP, (collectively, "the Parties") submit the following Stipulation and proposed Order pursuant to LR 26-3 hereby agreeing to a sixty (60) day continuance (first request) of the current discovery deadlines.

**I.      STATEMENT OF DISCOVERY COMPLETED TO DATE**

1. The Parties participated in the Rule 26(f) conference on August 1, 2025.

2. Plaintiff served her Rule 26(a)(1) Disclosure on August 6, 2025.

3. Defendants served their Rule 26(a)(1) Disclosure on August 21, 2025.

1

4. Defendants served their First Supplement to Rule 26(a)(1) Disclosure on September 17, 2025.

5. Plaintiff served her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Defendant Emanuel Romero on October 27, 2025. Mr. Romero served his responses on November 26, 2025.

6. Plaintiff served her First set of Interrogatories and Requests for Production of Documents to Defendant NU Image Transport LLC on October 27, 2025. NU Image Transport LLC served its responses on November 26, 2025.

7. Plaintiff underwent Rule 35 Independent Medical Examination on October 6, 2025.

8. TheIndependent Medical Examination report was produced on October 27, 2025.

## II. STATEMENT OF DISCOVERY THAT NEEDS TO BE COMPLETED

1. Written Discovery, as necessary.

2. Depositions, as necessary.

3. Initial Expert Disclosures.

4. Rebuttal Expert Disclosures.

5. Witness Depositions, as necessary.

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

Plaintiff and Defendants have been diligently pursuing discovery in this matter, including serving their initial and supplemental disclosures, requesting records, and conducting certain depositions. However, the Parties concur that additional time is warranted for several reasons.

First, Plaintiff will proceed with the depositions of Defendant Emanuel and the designated representative of Defendant NU Image Transport LLC upon Defendants' completion of responses to Plaintiff's first set of written discovery requests.

Second, Plaintiff requires additional time to obtain and compile complete medical records from various medical providers. Plaintiff is also in the process of retaining expert witnesses and needs additional time to allow those experts to review the medical records and prepare their expert reports. These tasks cannot be completed within the current schedule.

Thus, while Plaintiff and Defendants have been diligent in moving this case forward, additional time is needed to allow the Parties to obtain and review all medical records (prior and present) and retain the appropriate expert. Accordingly, Plaintiffs and Defendant have agreed to extend the current discovery deadlines by sixty (60) days.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of sixty (60) days. If approved, the new discovery deadline would be modified as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to amend pleadings and add parties | December 17, 2025 | February 16, 2026 |
| Last day to disclose experts and reports | January 16, 2026 | March 17, 2026 |
| Last day to disclose rebuttal experts and reports | February 16, 2026 | April 17, 2026 |
| Last day to file dispositive motions | April 16, 2026 | June 15, 2026 |
| Last day to file Pre-Trial Order | May 16, 2026 | July 15, 2026 |

| | |
|---|---|
| **RIVERA LAW GROUP**<br><br>By: /s/ Tristan F. Rivera  12.3.25<br>Tristan F. Rivera, Esq.    Date<br>Nevada Bar No.: 12481<br>560 Mill St., Suite 202<br>Reno, Nevada 89502<br>Attorneys for Plaintiff | **STONE KALFUS LLP**<br><br>By: /s/ R. Scott Rasmussen  12.3.25<br>R. Scott Rasmussen, Esq.    Date<br>Nevada Bar No.: 6100<br>8965 S. Eastern Ave., Ste. 260<br>Las Vegas, NV 89123<br>Attorneys for Defendants |

**IT IS SO ORDRED**

DATED  12-5-25

_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE